1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   3:16-mj-0027-CMK
                                    )
12         Plaintiff,                )   STIPULATION AND ORDER TO
                                    )   CONTINUE ARRAIGNMENT
13    v.                            )
                                    )
14 DAVID DWAINE COX,                )
                                    )
15         Defendant.                )
                                    )
16                                  )
                                    )
17 _____)

18     The United States and defendant David Dwaine Cox, by and through

19 his undersigned attorney, hereby stipulate and request that the

20 arraignment currently set for October 18, 2016, at 11:00 a.m. be

21 continued to November 30, 2016, at 1:30 p.m.

22

23 DATED: October 17, 2016          PHILLIP A. TALBERT
                                    Acting United States Attorney
24

25                            By:   /s/ Justin L. Lee
                                    JUSTIN L. LEE
26                                  Assistant U.S. Attorney

27 ///

28 ///

1

DATED: October 17, 2016

By:    /s/ *John M. Kucera*
       JOHN M. KUCERA
       Counsel for Defendant
       (authorized via email 10/17/16)

ORDER

It is hereby ordered that the arraignment presently set for October 18, 2016, at 11:00 a.m. be continued to November 30, 2016, at 1:30 p.m.

DATED: 10-18-16

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2