**FILED**
February 8, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DAVID DWAINE COX, )<br>)<br>Defendant. ) | CASE NUMBER: 3:16-mj-00027-CMK<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>David Dwaine Cox</u>; Case <u>3:16-mj-00027-CMK</u> from custody and for the following reasons:

    <u>X</u>    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    __    Unsecured Appearance Bond in the amount of

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    __    (Other) <u>Pretrial Supervision/Conditions as stated on the record</u>

Issued at <u>Sacramento, CA</u> on <u>2/8/2017</u> at <u>2:15 pm</u>

By _____
Kendall J. Newman
United States Magistrate Judge